# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DANA ANDREW DORCAS

MAGISTRATE JUDGE COX

FILED

APR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 282

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 6, 2008__ in __DuPage__ county, in the __Northern__ District of __Illinois__ defendant:

did, by force and violence, and by intimidation, take from the person and presence of another, property and money belonging to, and in the care, custody, control, management, and possession of a bank, namely the TCF Bank located at 1157 North Eola Road, Aurora, Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC) on that date;

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent of the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

PLEASE SEE ATTACHED

Continued on the attached sheet and made a part hereof: __X__ Yes ____ No

Larry L. Lepp
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__April 7, 2008__                                    at    Chicago, Illinois
Date                                                              City and State

Susan E. Cox, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

State of Illinois )
) SS
County of Cook )

## AFFIDAVIT

I, Larry L. Lapp, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1. I am a federal law enforcement officer employed as a Special Agent of the Federal Bureau of Investigation (FBI). I have been employed by the FBI for eight years. I am currently assigned to the West Resident Agency of the Chicago Division, where I am responsible for the investigation of federal offenses involving violent crimes. I have been involved in multiple bank robbery investigations.

2. The statements contained in this affidavit are based on my investigation, information provided by FBI agents and other law enforcement agents who participated in this investigation, and on my experience and training as an FBI Agent. The information below is provided for the limited purpose of establishing probable cause that, on or about April 6, 2008, defendant DANA ANDREW DORCAS by force and violence, and by intimidation, took from the person and presence of others, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, located inside the Jewel Food Store, 1157 North Eola Road, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

3. Because the information set forth below is for the limited purpose of establishing

probably cause in support of a criminal complaint, it does not contain all the facts known to me regarding this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part and are not verbatim.

## BACKGROUND OF INVESTIGATION

4. According to witness reports and surveillance footage, on April 6, 2008 at approximately 4:25 p.m., a white male, later identified as DANA ANDREW DORCAS, entered the TCF Bank, located in the Jewel food store at 1157 North Eola Road, Aurora, Illinois. The teller was addressing another customer, but noticed DORCAS because he appeared impatient. The teller also noticed that DORCAS was wearing a dark scarf, a tan sweatshirt, and sunglasses; the teller found the scarf suspicious because it was a rather warm day.

5. After the teller finished helping the other customer, DORCAS approached the teller counter and handed the teller a note, typed in black ink on white paper and folded in half. The teller read the following portion of the note: "Don't scream. Don't panic. Don't shout. Don't do anything to cause attention. You won't get hurt."

6. DORCAS handed the teller a white bag with red lettering that looked like it came from a fast food restaurant, and said "Put money in there." The teller began placing $10 and $20 bills into the bag. DORCAS said to "Put some 100's in it." After the teller did so, DORCAS directed the teller to "Put more money in it." After the teller had taken out money from two teller drawers, DORCAS directed the teller to put the note in the bag. The teller put the demand note in the bag and handed the bag to DORCAS. DORCAS then left the TCF counter and walked toward the middle of the Jewel Food Store where

the exit doors were located.

7. At the time of the robbery, the bank was equipped with a digital surveillance system. The surveillance footage included several images of the robber inside the bank wearing sunglasses, a light colored knit hat, a dark scarf, and a tan colored Abercrombie sweatshirt with the number "15" printed on the front. These images are consistent with the description of the bank robber provided by the teller.

8. The bank reported a loss from the robbery of $3,140. The TCF Bank was then and is now insured by the Federal Deposit Insurance Corporation (FDIC), under FDIC certificate number 28330.

## IDENTIFICATION OF DANA ANDREW DORCAS

9. According to Witness A, s/he was driving out of the Jewel Food Store parking lot on April 6, 2008, when s/he observed a white male, later identified as DORCAS, jogging casually in the parking lot holding something under his sweatshirt. Believing that DORCAS had just shoplifted, Witness A and his/her passenger, Witness B, watched as DORCAS entered a gray Nissan Altima with Illinois license plate number X779561.

10. Witness A and Witness B followed DORCAS as he drove away from the Jewel Food Store. DORCAS began driving through the neighborhood in an apparent attempt to lose Witnesses A and B. At one point, DORCAS passed Witness A and Witness B, driving in the opposite direction, and Witness A and Witness B stated they were able to get a good look at DORCAS's face. Witness A and Witness B followed DORCAS back to the Jewel Food Store where they noticed a police squad car. Witness A and Witness B pulled into the Jewel parking lot and provided the police with the license plate number and

description of the car they had followed.

11. Police investigation revealed that license plate number X779561 was registered to DANA A. DORCAS, residing at 2535 El Dorado Lane, in Naperville, Illinois.

12. At approximately 4:50 p.m., a police officer, parked in the area of 2535 El Dorado Lane, saw a gray Nissan Altima drive down the road and pull into the driveway of 2535 El Dorado Lane. The police officer detained the driver, who identified himself as DANA A. DORCAS.

13. Police officers then separately brought the teller, Witness A, and Witness B to 2535 El Dorado Lane. Witness A and Witness B each separately identified DORCAS as the person they saw walk out of the Jewel Food Store, enter the gray Nissan Altima, and drive around. The teller could not identify DORCAS, but explained that the bank robber's face had been covered during the robbery.

14. Inside the Nissan Altima, police officers found: a tan colored Abercrombie pullover sweatshirt with the number "15" on the passenger seat floorboard; a pair of sunglasses on the passenger's seat; a white Wendy's bag containing $2,100 in the trunk; and $560 in the dashboard compartment. Police officers also found a large television in the car.

15. According to witness reports, DORCAS had redeemed the television from a pawn shop earlier that day for $450.

16. Police officers brought DORCAS to the Aurora Police Department where FBI agents interviewed him. After being advised of his *Miranda* rights and after waiving these rights, DORCAS admitted that he had robbed the TCF bank earlier that day because of some recent financial difficulties. DORCAS said that he had typed a demand note on his

computer around 12:00 p.m., and then entered the Jewel Food Store, wearing a tan hooded sweatshirt, a tan knit hat, a blue scarf, and sunglasses. DORCAS said he approached the TCF teller counter and gave the teller a note and a Wendy's bag. After taking the money, DORCAS said he walked out to his car and, before he left the parking lot, removed the demand note from the bag, tore it up into little pieces, and threw it out the window. DORCAS said that as he left the Jewel parking lot, he noticed he was being followed. DORCAS said he drove around the neighborhood trying to lose the car. DORCAS said that once he felt that he was no longer being followed, he pulled into a gas station, removed the sweatshirt, and placed the bag containing most of the money inside the trunk of his car. DORCAS said he took $560 of the money taken from the bank, which he needed to pay his rent, and placed it in the dashboard compartment. DORCAS then drove to a pawn shop where he redeemed a television, using $450 of the money he had taken from the bank. DORCAS said he then drove home where he was met by the police.

## CONCLUSION

17. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that, on or about April 6, 2008, defendant DANA ANDREW DORCAS by force and violence, and by intimidation, took from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, 1157 North Eola Road, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

FURTHER, AFFIANT SAYETH NOT.

_____
Special Agent Larry L. Lapp
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence
this 7th day of April, 2008

_____
Susan E. Cox
United States Magistrate Judge