## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 282-1 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Dana Andrew Dorcas | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 4/6/08. Defendant informed of his rights. Enter order appointing Helen J. Kim of the Federal Defender Program as counsel for Defendant waives preliminary examination. Enter a finding of probable cause: Order Defendant bound to the District Court for further proceedings. Bond hearing held.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|