FILED
MAY 0 6 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 282 |
| ) | Violations: Title 18, United States |
| DANA ANDREW DORCAS ) | Code, Section 2113(a) |

JUDGE MANNING

MAGISTRATE JUDGE COX

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about April 6, 2008, at Aurora, in the Northern District of Illinois, Eastern Division,

DANA ANDREW DORCAS,

defendant herein, by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the TCF Bank, located at 1157 North Eola Road, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY