Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 282 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Dana Andrew Dorcas | | |

**DOCKET ENTRY TEXT**

Pursuant to a request by the Government, arraignment set for 5/14/08 at 10:00 a.m. is stricken. Arraignment reset to 5/15/08 at 10:00 a.m.

Docketing to mail notices.



| | Courtroom Deputy Initials: | VKD |
|---|---|---|