## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 282 - 1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Dana Andrew Dorcas | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. Thomas More Leinenweber is given leave to file his appearance as counsel for Defendant. 16.1(A) conference to be held by or on 5/20/08. Pretrial motions to be filed by 6/4/08. Responses due 6/18/08. Replies due 7/2/08. The status hearing date of 5/22/08 at 11:00 a.m. given in open court is stricken. Status hearing before Judge Manning set for 6/5/08 at 11:00 a.m. Bond to stand. Order time excluded from arraignment to and including status hearing date pursuant to 18 U.S.C. Section 3161(h)(1)(F).                                                                                                           (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|