## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:08–cr–00282
                                                      Honorable Blanche M. Manning

Dana Andrew Dorcas

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:as to Dana Andrew Dorcas, Status hearing held on 6/5/2008.Change of Plea Hearing set for 8/19/2008 at 12:00 PM. Government shall provide the court with a courtesy copy of the plea agreement or defendant a plea declaration, including guideline calculations, to the court at least 24 hours prior to the plea. Defendant shall participate in a mental health treatment program while on pretrial release. Time excluded to 8/19/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.