IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 282 |
| v. | ) |
| | ) |
| DANA DORCAS, | ) Judge Blanche Manning |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To:  Shoshana Gillers
     United States Attorneys' Office
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604

     Krista Brown
     United States Pretrial Services
     219 South Dearborn Street, 15th Floor
     Chicago, Illinois 60604

    PLEASE take notice that on July 24, 2008 at 11:00 a.m. I will present the attached **PETITIONER DANA DORCAS'S AGREED MOTION FOR PERMISSION TO LEAVE THE JURISDICTION** before the Honorable Blanche Manning in courtroom 2125 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

                                              /s/Thomas More Leinenweber
                                              Thomas More Leinenweber

1

**PROOF OF SERVICE**

    I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on July 7, 2008.

/s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003