## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                            Case No.: 1:08−cr−00282
                                            Honorable Blanche M. Manning

Dana Andrew Dorcas

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to defendant, Dana Andrew Dorcas; On the parties own motion, Change of plea hearing set for 8/19/2008 is stricken and reset to 9/11/2008 at 11:30 A.M. Mailed and telephoned notice by judge 9;s staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.